### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                April 28, 2009
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 08-cv-00071-RPM

| | |
|---|---|
| HARLEY BARFOOT, | John A. Kintzele |
| Plaintiff, | |
| v. | |
| PUBLIC SERVICE COMPANY, d/b/a EXCEL ENERGY, | Susan P. Klopman |
| | Megan Martinez |
| Defendant. | |

_____

### COURTROOM MINUTES
_____

**Hearing on Defendant's Motion for Summary Judgment**

**10:29 a.m.**      **Court in session.**

Plaintiff present.

Court's preliminary remarks and states its understanding of the case.

Mr. Kintzele states the Court is correct that the plaintiff was perceived to be disabled.

Discussion regarding plaintiff's worker's compensation case.

**ORDERED:    Plaintiff's Third Claim for Relief (Retaliation) is dismissed.**

10:34 a.m.     Argument by Ms. Klopman [18].
10:51 a.m.     Argument by Mr. Kintzele.
11:03 a.m.     Rebuttal argument by Ms. Klopman.

Court's oral findings as stated on record.

**ORDERED:    Defendant's Motion for Summary Judgment, filed December 8, 2008 [18], is granted.**
**Trial scheduled is vacated.**
**Judgment will enter in favor of defendant.**

**11:10 a.m.    Court in recess.**     Hearing concluded.  Total time: 41min.