IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00071-RPM

HARLEY BARFOOT,

    Plaintiff,

v.

PUBLIC SERVICE COMPANY OF COLORADO, d/b/a XCEL ENERGY,

    Defendant.

---

ORDER FOR ENTRY OF JUDGMENT

---

    Pursuant to the oral findings made at the hearing today, it is

    ORDERED that defendant's motion for summary judgment is granted and judgment will enter dismissing this civil action with prejudice and awarding defendant its costs.

    Dated:   April 28th, 2009

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior District Judge