IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00071-RPM

HARLEY BARFOOT,

    Plaintiff,

v.

PUBLIC SERVICE COMPANY OF COLORADO, d/b/a XCEL ENERGY,

    Defendant.

---

ORDER ON MOTION TO WITHDRAW

---

    Upon consideration of the Motion to Withdraw [29] filed by John A. "Jack" Kintzele today, it is

    ORDERED that John A. "Jack" Kintzele has no further responsibility as counsel for the plaintiff in this matter and the Clerk is directed to terminate Mr. Kintzele's electronic service in this case.

    Dated:   April 28th, 2009

                                   BY THE COURT:

                                   s/Richard P. Matsch
                                   _____
                                   Richard P. Matsch, Senior District Judge